OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS OF WASHITA COUNTY SHOULD APPROVE OTHERWISE PROPER CLAIMS FOR THE SALARY AND OFFICE EXPENSE OF SAID COUNTY SUPERINTENDENT, AND THAT THEY WILL NOT INCUR ANY LIABILITY IN DOING SO. (MUST RECEIVE CERTAIN CERTIFICATE, TOOK AND FILED HIS OATH) CITE: 19 O.S.H. 410.5, 70 O.S.H. 1-18, 70 O.S.H. 3-1, 70 O.S.H. 3-2, 51 O.S.H. 36.1 — 51 O.S.H. 36.6, OPINION NO. JULY 2, 1953 — RICHARDSON (RICHARD HUFF)